**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATHAN J. ROSS, | ) | NO. CV 16-9049-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA CORRECTIONAL OFFICER MR. SOLIS, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 22, 2017

                                      /s/ Dolly M. Gee
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE